UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-8538 (RWS)<br><br><br><br>CLASS ACTION |
| WILLIAM BOSTON, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-8808 (RWS) |
| ROBERT D. THURMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-9651 (RWS) |

| | |
|---|---|
| WENDY M. DAVIDSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-10400 (UA) |
| JOSHUA FERENC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-10540 (SHS) |

**NOTICE OF MOTION OF THE KRISTEN-STRAXTON GROUP FOR CONSOLIDATION OF ALL RELATED CASES, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF THE SELECTION OF LEAD COUNSEL**

TO:    All PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Kristen Management Limited, Straxton Properties Inc. and Javed Fiyaz (collectively the "Kristen-Straxton Group") hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York 10007, for an Order: (1) consolidating the above-captioned actions pursuant to Fed. R. Civ. P. 42; (ii) appointing the Kristen-Straxton Group as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a) *et seq.*; and (iii) approving the Kristen-Straxton Group's selection of Brower

Piven, A Professional Corporation, as Lead Counsel. In support of this Motion, the Kristen-Straxton Group submits herewith a Memorandum of Law, the Declaration of Elizabeth A. Schmid, Esq., and a [Proposed] Order.

Dated: December 3, 2007
      New York, New York

                              Respectfully submitted,

                              **BROWER PIVEN**
                              A Professional Corporation


By: /s/ *David A.P. Brower*

                              David A.P. Brower (DB-4923)
                              Elizabeth A. Schmid (ES-1294)
                              488 Madison Avenue
                              Eighth Floor
                              New York, New York 10022
                              Telephone: (212) 501-9000
                              Facsimile: (212) 501-0300

                              **BROWER PIVEN**
                              A Professional Corporation
                              Charles J. Piven
                              Marshall N. Perkins
                              World Trade Center-Baltimore
                              401 East Pratt Street, Suite 2525
                              Baltimore, Maryland 21202
                              Telephone: (410) 332-0030
                              Facsimile: (410) 685-1300

                              *Proposed Lead Counsel For*
                              *the Kristen-Straxton Group*
                              *and the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY FREUDENBERG, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-8538 (RWS)<br><br>CLASS ACTION |
| WILLIAM BOSTON, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-8808 (RWS) |
| ROBERT D. THURMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-9651 (RWS) |

| | |
|---|---|
| WENDY M. DAVIDSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-10400 (UA) |
| JOSHUA FERENC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN AND ROBERT J. SIMMONS,<br><br>    Defendants. | Civil Action No. 07-cv-10540 (SHS) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, the I caused the foregoing (1) Notice Of Motion Of The Kristen-Straxton Group For Consolidation Of All Related Cases, Appointment Of Lead Plaintiff And Approval Of The Selection Of Lead Counsel; (2) the Memorandum Of Law In Support Of The Motion Of The Kristen-Straxton Group For Consolidation Of All Related Cases, Appointment Of Lead Plaintiff And Approval Of The Selection Of Lead Counsel; (3) the Declaration Of Elizabeth A. Schmid Esq. In Support Of The Motion Of The Kristen-Straxton Group For Consolidation Of All Related Cases, Appointment Of Lead Plaintiff And Approval Of The Selection Of Lead Counsel and exhibits thereto; and (4) the [Proposed] Order Consolidating All Related Actions,

Appointing Lead Plaintiff And Approving The Selection Of Lead Counsel, to be filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Southern District of New York Local Rules, Southern District of New York Electronic Service upon the following counsel for the following parties and participants:

Dennis E. Glazer, Esq.
Nancy B. Ludmerer, Esq.
Edward N. Moss, Esq.
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4900

*Counsel for Defendants E\*Trade Financial Corporation,
Mitchell H. Caplan, and Robert J. Simmons*

David Avi Rosenfeld, Esq.
**Coughlin, Stoia, Geller, Rudman & Robbins, LLP**
58 South Service Road
Suite 200
Melville, NY 11747
Telephone: (631) 367-7100

*Counsel for Plaintiff Larry Freudenberg*

Richard A. Maniskas, Esq.
D. Seamus Kaskela, Esq.
**Schiffrin Barroway Topaz & Kessler LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Evan J Smith, Esq.
**Brodsky & Smith, L.L.C.**
240 Mineola Blvd.
Mineola, NY 11501
Telephone: (516)-741-4977

*Counsel for Plaintiff William Boston*

2

Howard G. Smith, Esq.
**Smith & Smith**
3070 Bristol Pike
Bensalem, PA 19020
Telephone: (215) 638-4848

Ira M. Press, Esq.
**Kirby McInerney LLP**
830 Third Avenue
10th Floor
New York, NY 10022
Telephone: (212) 371-6600

Lionel Z. Glancy, Esq.
**Law Offices of Lionel Z. Glancy**
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150

Michael Goldberg, Esq.
**Law Offices of Lionel Z. Glancy**
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150

*Counsel for Plaintiff Robert D. Thulman*


Ira M. Press, Esq.
**Kirby McInerney LLP**
830 Third Avenue
10th Floor
New York, NY 10022
Telephone: (212) 317-2300

Lionel Z. Glancy
Michael Goldberg
**Glancy Binkow & Goldberg LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (212) 201-9150

3

Howard G. Smith, Esq.
**Law Offices of Howard G. Smith**
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847

*Counsel for Plaintiff Wendy M. Davidson*


James Stuart Notis, Esq.
Dustin Peter Mansoor, Esq.
**Gardy & Notis, LLP**
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632
Telephone: (201) 567-7377

*Counsel for Plaintiff Joshua Ferenc*


Executed: December 3, 2007
        New York, New York

                                                /s/ *Elizabeth A. Schmid, Esq.*
                                                  Elizabeth A. Schmid, Esq. (ES-1294)