UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LARRY FREUDENBERG, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 8538 (RWS) Judge Robert W. Sweet |
| v. | : : | |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : | |

[Captions continued on the following page]

# NOTICE OF THE
# INSTITUTIONAL INVESTOR GROUP'S MOTION TO
# CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF
# AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

| | |
|---|---|
| GRANT & EISENHOFER P.A.<br>Jay W. Eisenhofer (JE-5503)<br>485 Lexington Avenue<br>29th Floor<br>New York, New York  10017<br>Tel: (646) 722-8500<br>Fax: (646) 722-8501<br><br>    and<br><br>GRANT & EISENHOFER P.A.<br>Geoffrey C. Jarvis (GJ-7040)<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 622-7000<br>Fax: (302) 622-7100 | SCHIFFRIN BARROWAY TOPAZ &<br>KESSLER, LLP<br>Richard S. Schiffrin<br>Sean M. Handler<br>Darren J. Check<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br>Tel: (610) 667-7706<br>Fax: (610) 667-7056 |

*Counsel for the Institutional Investor Group
and Proposed Lead Counsel for the Class*

|  |  |  |
|---|---|---|
| WILLIAM BOSTON, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 8808 (RWS) Judge Robert W. Sweet |
| v. | : : |  |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : |  |
| ROBERT D. THULMAN, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 9651 (RWS) Judge Robert W. Sweet |
| v. | : : |  |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : |  |
| WENDY M. DAVIDSON, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 10400 (UA) Judge Unassigned |
| v. | : : |  |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : |  |
| JOSHUA FERENC, Individually, and On Behalf Of All Others Similarly Situated | : : : | 07 Civ. 10540 (SHS) Judge Sidney H. Stein |
| v. | : : |  |
| E*TRADE FINANCIAL CORPORATION, MITCHELL H. CAPLAN, AND ROBERT J. SIMMONS | : : : : |  |

**PLEASE TAKE NOTICE THAT** pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78-u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the Mississippi Public Employees' Retirement System ("Mississippi PERS") and AFA Livförsäkringsaktiebolag, AFA

Sjukförsäkringsaktiebolag, AFA Trygghetsforsäkringsaktiebolag and Kollektivavtalsstiftelsen TSL (collectively, "AFA" and with Mississippi PERS, collectively, the "Institutional Investor Group"), respectfully move this Court before the Honorable Robert W. Sweet, at the United States District Court of the Southern District of New York, at a date and time to be determined by the Court, for the consolidation of the related actions, for appointment as Lead Plaintiff for the class, and for approval of the Institutional Investor Group's selection of the law firms of Grant & Eisenhofer P.A. and Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel for the class.

This Motion is supported by the following documents submitted herewith:

(1)   Memorandum of Law In Support Of The Institutional Investor Group's Motion To Consolidate Actions, To Be Appointed Lead Plaintiff and For Approval Of Its Selection Of Lead Counsel; and

(2)   Declaration of Jay W. Eisenhofer In Support Of The Institutional Investor Group's Motion To Consolidate Actions, To Be Appointed Lead Plaintiff and For Approval Of

Its Selection Of Lead Counsel, dated December 3, 2007, and the accompanying exhibits.

Dated:  December 3, 2007

    /s Geoffrey C. Jarvis
Jay W. Eisenhofer (JW-5503)
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, New York  10017
Tel:    (646) 722-8500
Fax:    (646) 722-8501

  - and -

Geoffrey C. Jarvis (GJ-7040)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Tel:    (302) 622-7000
Fax:    (302) 622-7100

On behalf of:

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Richard S. Schiffrin
Sean M. Handler
Darren J. Check
280 King of Prussia Rd.
Radnor, PA 19087
Telephone:    (610) 667-7706
Facsimile:    (610) 667-7056

*Counsel for the Institutional Investor Group and Proposed Lead Counsel for the Class*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 3, 2007, I caused the attached **Notice of the Institutional Investor Group's Motion to Consolidate Actions, to be Appointed Lead Plaintiff and For Approval of its Selection of Lead Counsel, Memorandum of Law in Support of the Institutional Investor Group's Motion to Consolidate Actions, to be Appointed Lead Plaintiff and For Approval of its Selection of Lead Counsel, Rule 7.1 Disclosure Statement, and Declaration of Jay W. Eisenhofer and accompanying exhibits,** to be filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Southern District of New York Local Rules, Southern District of New York Electronic Service, upon the following counsel:

David Avi Rosenfeld
Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
58 South Service Road
Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Fax: (613) 367-1173

*Attorneys for Plaintiff Larry Freudenberg*

Evan J. Smith
BRODSKY & SMITH, LLC
240 Mineola Blvd
Mineola, NY 11501
Telephone: (516) 741-4977
Fax: (516) 741-0626

Richard A. Maniskas
D. Seamus Kaskela
SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
280 King of Prussia road
Radnor, PA 19087
Telephone: (610) 667-7706

*Attorneys for Plaintiff William Boston*

Howard G. Smith
SMITH & SMITH
3070 Bristol Pike
Bensalem, PA 19020
Telephone: (215) 638-4848

Lionel Z. Glancy
Michael Goldberg
LAW OFFICES OF LIONEL Z. GLANCY
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150

*Attorneys for Plaintiff Robert D. Thulman*

Ira M. Press
KIRBY MCINERNEY LLP
830 Third Avenue
10th Floor
New York, NY 10022
Telephone: (212) 371-6600
Fax: (212) 751-2540

*Attorneys for Plaintiff Robert D. Thulman and Plaintiff Wendy M. Davidson*

Dustin Peter Mansoor
James Stuart Notis
GARDY & NOTIS LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632
Telephone:  (201) 567-7377
Fax: (201) 567-7337
*Attorneys for Plaintiff Joshua Ferenc*

  I further certify that the foregoing papers were served via first class mail to the following counsel:

Dennis E. Glazer
Nancy B. Ludmerer
Edward N. Moss
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY  10017
Telephone: (212) 450-4900
Fax: (312) 527-0220

*Attorneys for Defendants E*Trade Financial
Corporation, Mitchell H. Caplan, and Robert
J. Simmons*

        /s Geoffrey C. Jarvis__
        Geoffrey C. Jarvis (GJ-7040)