AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|----------|-------------|----------|

Wendy M. Davidson et al.

v

E* Trade Financial Corporation et al.

**APPEARANCE**

Case Number:  07-Civ.-10400 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

E*Trade Financial Corporation

Mitchell H. Caplan

Robert J. Simmons

I certify that I am admitted to practice in this court.

| 1/8/2008 | _Nancy B. Ludmerer_ |
|----------|---------------------|
| Date | Signature |

| Nancy B. Ludmerer | NL 4309 |
|-------------------|---------|
| Print Name | Bar Number |

| Davis Polk & Wardwell  450 Lexington Avenue | | |
|---|---|---|
| Address | | |

| New York | NY | 10017 |
|----------|-----|-------|
| City | State | Zip Code |

| (212) 450-4278 | (212) 450-3278 |
|----------------|----------------|
| Phone Number | Fax Number |